CLEVELAND BAR ASSOCIATION *v.* RAINES. .

[Cite as Cleveland Bar Assn. *v.* Raines (1988), 37 Ohio St. 3d 165.]

(No. D.D. 87-36—Submitted February 10, 1988—Decided June 15, 1988.)

*David A. Schaefer, Keith A. Ashmus* and *Franklin J. Hickman,* for relator.

*Per Curiam.* This court finds that respondent violated the Disciplinary Rules indicated by the board and we adopt its recommendation. Respondent is hereby ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.